UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLGA HERNANDEZ, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Case No. 08-1716 (RJL) |
| CARLOS M. GUTIERREZ, Secretary, U.S. Department of Commerce, | ) ) ) ) |
| Defendant. | ) |

ORDER

For the reasons set forth in the Memorandum Opinion entered this 22nd day of March 2012, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment [Dkt. #33] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge